No. 04–7088. COOK v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 04–7089. ESCARENO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7090. LANDRUM v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7091. BATES v. GRANT, SUPERINTENDENT, SOUTH-EASTERN CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 04–7095. MONTUE v. NATIONAL CONCRETE CUTTING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7097. NALI v. BLUE CROSS BLUE SHIELD OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 04–7099. TERRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–7103. WASKO v. SILVERBERG. C. A. 10th Cir. Certiorari denied.

No. 04–7104. BURKE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Iredell County, N. C. Certiorari denied.

No. 04–7106. EVANS v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–7110. OWENS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–7114. HARINGTON v. BUDGE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7115. FIELDER v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7116. COWAN v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.